No opinion. Concur — Stevens, J. P., Steuer, Tilzer, Rabin and McGivern, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROCK HARRISON, Appellant.

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and Rabin, JJ.

In the Matter of WILLIAM LEWITUS, Respondent, v. VINCENT L. TOFANY, Appellant.

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILL JENKINS, Appellant.